IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WILLIAM R. KENNEDY,

     Debtor(s).

Bankruptcy No. <u>14-70511JAD</u>

Related To Document Nos. 39, 47 and 48

Chapter 13

## ORDER

AND NOW, this **14th** day of **November, 2018**, the Order Discharging Debtor dated **10/24/2018** at Document No. **48** having been improvidently entered, the Court hereby **ORDERS** that the Order Discharging Debtor dated **10/24/2018** at Document No. **48** is hereby **VACATED**.

_____ sjk
JEFFERY A. DELLER
U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO SERVE:
 Debtor
 Debtor's Counsel
 Chapter 13 Trustee
 Office of the United States Trustee

FILED
11/14/18 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00018167

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 14-70511-JAD
William R Kennedy                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut              Page 1 of 1              Date Rcvd: Nov 14, 2018
                              Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.
db          +William R Kennedy,    7064 Somerset Pike,    Boswell, PA 15531-2308
13898121    +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13889739    +PNC Bank,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
13889740    +Somerset Trust Company,    151 W. Main Street,    P.O. Box 777,   Somerset, PA 15501-0777

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank N.A.
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC Bank N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor William R Kennedy thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 4